United States District Court
For the Northern District of California

1

2                        IN THE UNITED STATES DISTRICT COURT

3                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5    VFD CONSULTING, INC.,                    No. C 04-2161 SBA

6                      Plaintiff,             *(Consolidated with Case No. 04-2162 SBA)*

7          v.                                 **ORDER**

8    21st SERVICES; 21st HOLDINGS, LLC; PAUL   [Docket Nos. 125, 127, 136]
     KIRKMAN; and DOES 1 through 5, inclusive.

9                      Defendants.

10   _____

11         This matter comes before the Court on VFD Consulting, Inc.'s ("VFD") Administrative Motion to File

12   Documents Under Seal [Docket No. 136].  This Administrative Motion is unopposed.

13         For good cause showing,

14         IT IS HEREBY ORDERED THAT VFD's Administrative Motion to File Documents Under Seal

15   [Docket No. 136] is GRANTED.

16         IT IS FURTHER ORDERED THAT Exhibits B, C, E, G, and H to the Declaration of Timothy R. Lord

17   in Support of Opposition to Defendants' Motion for Summary Judgment/Partial Summary Judgment [Docket

18   No. 127] shall be filed under seal.

19         IT IS FURTHER ORDERED THAT VFD's Memorandum of Points and Authorities in Support of

20   Opposition to Defendants' Motion for Summary Judgment/Partial Summary Judgment ("Opposition") [Docket

21   No. 125] shall be filed under seal.  However, VFD must also publicly file a version of the Opposition with those

22   portions that refer to and quote from confidential or highly confidential material redacted from it.

23         IT IS SO ORDERED.

24

25   Dated: 12/5/05                           SAUNDRA BROWN ARMSTRONG
                                              United States District Judge
26

27

28