**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Timothy R. Lord, CA SB# 213062
One Sansome Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Plaintiff
VFD CONSULTING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VFD CONSULTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> 21ST SERVICES; 21ST HOLDINGS, LLC; PAUL KIRKMAN; and DOES 1 through 5, inclusive, <br><br> Defendants. | Case No. C04-2161 SBA (EMC) <br> *(Consolidated with Case No. C-04-2162 SBA)* <br><br> ~~[PROPOSED]~~ **ORDER TO FILE DOCUMENT UNDER SEAL** |

The court has considered plaintiff VFD Consulting, Inc.'s Administrative Motion to File Document Under Seal pursuant to Civ. L.R. 79-5 and 7-11 and the supporting declaration and stipulations thereto, and good cause appearing, this court hereby grants Plaintiff's motion and orders that Exhibit "J" that had been previously submitted in support of Plaintiff's Motion to Compel Production of Documents be forthwith sealed. The court shall replace the existing, unsealed Exhibit "J", with the package plaintiff has submitted, which is sealed and has been marked as "Exhibit J."

///

///

///

///

///

4812-6648-2944.1

1  Since the Motion to Compel Production of Documents was e-filed, the court hereby further
2  orders the motion containing the unsealed Exhibit "J" be withdrawn from the e-file system and re-
3  filed without Exhibit "J" indicating that Exhibit "J" had been sealed.

5  IT IS SO ORDERED.

7  Dated: December 6, 2005

  Hon. Edward M. Chen
  Magistrate Judge of the United District Court,
  Northern District of California