IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VFD CONSULTING, INC., <br><br> Plaintiff, <br> v. <br> 21st SERVICES, et al., <br><br> Defendants. | No. C 04-2161 SBA <br> *(Consolidated with Case No. C 04-2162 SBA)* <br><br> **ORDER** <br> [Docket Nos. 148, 154] |

On December 5, 2005, without seeking prior leave of Court, Plaintiff filed the Supplemental Declaration of Timothy Lord in Support of Opposition to Defendants' Motion for Summary Judgment or in the Alternative for Partial Summary Adjudication ("Supplemental Lord Declaration") [Docket No. 148].

On December 6, 2005, Defendants filed an Objection to the Supplemental Lord Declaration [Docket No. 154].

On December 8, 2005, Plaintiff filed a Statement of Non-Opposition, in which it stated that it did not object to Defendants' request that the Supplemental Lord Declaration be withdrawn.

Accordingly,

IT IS HEREBY ORDERED THAT Defendants' Objection [Docket No. 154] is GRANTED.

IT IS FURTHER ORDERED THAT the Supplemental Declaration of Timothy Lord in Support of Opposition to Defendants' Motion for Summary Judgment or in the Alternative for Partial Summary Adjudication [Docket No. 148] is STRICKEN FROM THE RECORD.

IT IS SO ORDERED.

Dated: 3/15/06

SAUNDRA BROWN ARMSTRONG
United States District Judge