Robert M. Bodzin, CASB#201327
Rohit A. Sabnis, CASB#221465
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:     (510) 444-6800
Facsimile:     (510) 835-6666

E-Mail address:   rbodzin@burnhambrown.com
                  rsabnis@burnhambrown.com

Jeffrey R. Thompson, CASB #141395
Jenny L. Sautter, CASB #192317
Meagher & Geer, PLLP
33 South Sixth Street, Suite 4200
Minneapolis, MN 55402
Telephone: (612) 338-0661
Facsimile: (612) 338-8384

E-mail address: jthompson@meagher.com
                jsautter@meagher.com


Attorneys for Defendant/
Third-Pary Plaintiff 21ST SERVICES
and Defendants 21ST HOLDINGS, LLC, and
PAUL KIRKMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| VFD CONSULTING, INC,<br><br>Plaintiff,<br><br>v.<br><br>21st SERVICES, 21st HOLDINGS, LLC, PAUL KIRKMAN, and DOES 1 through 5, inclusive,<br><br>Defendants.<br><br>And Related Third-Party Action | Case No. C 04-2161 SBA<br><br>(*Consolidated with Case No. C-04-2162 SBA*)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF ALL PARTIES' CLAIMS WITH PREJUDICE**<br><br>**Fed. R. Civ. P 41 (a); Civil L.R. 7-12**<br><br>**Pre-Trial Conference Date: April 11, 2006**<br><br>**Trial Date: April 24, 2006** |

STIPULATION RE: DISMISSAL WITH PREJUDICE        1                Case No.: C 04-2161 SBA

Pursuant to Federal Rule of Civil Procedure Civil 41(a) and Civil Local Rule 7-12 Plaintiff VFD Consulting, Inc., Third Party-Defendant Vera F. Dolan, Third-Party Plaintiff/Defendant 21st Services and Defendants 21st Holdings, LLC and Paul Kirkman (hereinafter referred to as the parties), through their counsel, stipulate as follows:

1. The parties dismiss all claims against each other in this lawsuit with prejudice;

2. The parties will bear their own attorneys fees and costs and the parties waive any right to recover attorney fees and costs in this lawsuit from each other.

| Dated: March 17, 2006 | Dated: March 17, 2006 |
|---|---|
| _____ | _____ |
| Timothy R. Lord | Robert M. Bodzin |
| LEWIS BRISBOIS BISGAARD SMITH LLP | BURNHAM BROWN |
| One Sansome Street, Suite 1400 | 1901 Harrison Street, 11th Floor |
| San Francisco, CA  94104 | Oakland, CA  94104 |
| Telephone:  (415) 362-2580 | Telephone:  (510) 444-6800 |
| Facsimile:  (415) 434-0882 | Facsimile:  (510) 835-6666 |
| | Attorneys for Defendant/Third Party Plaintiff 21st SERVICES and Defendants 21ST HOLDINGS LLC and PAUL KIRKMAN |
| Attorneys for Plaintiff & Third Party Defendant VFD CONSULTING, INC. And VERA F. DOLAN | |

PURSUANT TO STIPULATION
IT IS SO ORDERED

_/s/ Saundra B. Armstrong_____     3/17/06
UNITED STATES DISTRICT COURT
HONORABLE JUDGE SAUNDRA BROWN ARMSTRONG

741485