IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VFD CONSULTING, INC., <br><br> Plaintiff, <br> v. <br><br> 21st SERVICES; 21st HOLDINGS, LLC; PAUL KIRKMAN; and DOES 1 through 5, inclusive. <br><br> Defendants. | No. C 04-2161 SBA <br><br> *(Consolidated with Case No. 04-2162 SBA)* <br><br> **ORDER** |

On March 15, 2006, the Court issued an Order granting Defendants Motion for Summary Judgment.

On March 17, 2006, following their settlement conference before Magistrate Judge Bernard Zimmerman, the parties filed a stipulated dismissal, dismissing the remaining claims in the action. On that same day, the Court entered its final judgment and closed the case.

On or about March 20, 2006, the parties submitted a letter to Judge Zimmerman, which has recently been brought to the Court's attention. The March 20, 2006 letter explains that the parties specifically agreed, as part of their settlement, that the case would be dismissed pursuant to Federal Rule of Civil Procedure 41 in lieu of the entry of final judgment in favor of either party.

Having read and considered the March 20, 2006 letter, and for good cause showing,

IT IS HEREBY ORDERED THAT the March 17, 2006 Judgment is VACATED. Pursuant to the Stipulation of Voluntary Dismissal, also filed on March 17, 2006, the above-captioned case is DISMISSED. The file shall remain closed.

IT IS SO ORDERED.

Dated: 4/3/06

SAUNDRA BROWN ARMSTRONG
United States District Judge